**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tricia M. and Paul M., Defendants,

Of whom Tricia M. is the Appellant,

In the interest of a minor child under the age of 18 years.

Appellate Case No. 2012-212257

———————————

Appeal From Greenville County
Alex Kinlaw, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2012-UP-680
Submitted December 3, 2012 – Filed December 19, 2012

———————————

**AFFIRMED**

———————————

Rodney Wade Richey, of Richey & Richey, PA, of
Greenville, for Appellant.

Rebecca Rush Wray, of the South Carolina Department
of Social Services, of Greenville; and Deborah Murdock,

of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Robert A. Clark, of Robert A. Clark Attorney at Law, of Greenville, for Guardian ad Litem.

---

**PER CURIAM:** Tricia M. appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.